ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Phoenix Management, Inc. | ) ASBCA No. 62202 |
| | ) |
| Under Contract No. FA4654-18-C-0005 | ) |

APPEARANCES FOR THE APPELLANT:        Johnathan M. Bailey, Esq.
                                      Kristin E. Zachman, Esq.
                                        Bailey & Bailey, P.C.
                                        San Antonio, TX

APPEARANCES FOR THE GOVERNMENT:       Jeffrey P. Hildebrant, Esq.
                                        Air Force Deputy Chief Trial Attorney
                                      Jason R. Smith, Esq.
                                        Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: September 4, 2020

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62202, Appeal of Phoenix Management, Inc., rendered in conformance with the Board's Charter.

Dated: September 4, 2020

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals